O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| BERDGE JOLAKIAN,<br><br>           Plaintiff,<br><br>    v.<br><br>OPERATING ENGINEERS PENSION TRUST,<br><br>          Defendant. | Case No. 5:25-cv-01783-ODW (PDx)<br><br>**JUDGMENT** |

///
///
///
///
///
///
///
///
///
///

1

## JUDGMENT

In light of the Court's Order **GRANTING** Defendant's Motion to Dismiss, (ECF No. 13), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendant shall have **JUDGMENT** in its favor;

2. Plaintiff shall receive nothing; and

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 3, 2025

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**